The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| I.E. LIQUIDATION, INC., | ) | CASE NO. 06-62179 |
| | ) | |
| Debtor. | ) | ADV. NO. 08-6130 |
| ------------------------------------------- | ) | |
| KEVIN DURST, AS PLAN | ) | JUDGE RUSS KENDIG |
| ADMINISTRATOR OF THE | ) | |
| ESTATE OF I.E. LIQUIDATION, | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROPOSED DISMISSAL** |
| v. | ) | |
| | ) | |
| T.J. POTTER TRUCKING INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This adversary is before the court *sua sponte*. The last action in this adversary occurred on January 12, 2011 when the court extended the deadline to serve the summons to January 31, 2011. No answer has been filed and Plaintiff has not taken any action in over 60 days. It appears that prosecution of this adversary may have been abandoned. Any party may show cause why this case should not be dismissed by filing a written statement setting forth the grounds for the party's

opposition to the proposed dismissal. If further action is not taken in this matter by **April 4, 2011**, the court will dismiss the proceeding without further notice or hearing.

It is so ordered.

#   #   #

## SERVICE LIST

John A Polinko
McDonald Hopkins LLC
600 Superior Avenue
Suite 2100
Cleveland, OH 44114

T.J. Potter Trucking Inc.
13000 Sherburne Avenue
Becker, MN 55308