The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
|  | ) |  |
| I.E. LIQUIDATION, INC., | ) | CASE NO. 06-62179 |
|  | ) |  |
| Debtor. | ) | ADV. NO. 08-6130 |
| --------------------------------------------- | ) |  |
| KEVIN DURST, AS PLAN | ) | JUDGE RUSS KENDIG |
| ADMINISTRATOR OF THE | ) |  |
| ESTATE OF I.E. LIQUIDATION, | ) |  |
| INC., | ) |  |
|  | ) |  |
| Plaintiff, | ) | **NOTICE OF PROPOSED DISMISSAL** |
| v. | ) |  |
|  | ) |  |
| T.J. POTTER TRUCKING INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

This adversary is before the court *sua sponte*. The last action in this adversary occurred on January 12, 2011 when the court extended the deadline to serve the summons to January 31, 2011. No answer has been filed and Plaintiff has not taken any action in over 60 days. It appears that prosecution of this adversary may have been abandoned. Any party may show cause why this case should not be dismissed by filing a written statement setting forth the grounds for the party's

opposition to the proposed dismissal. If further action is not taken in this matter by **April 4, 2011**, the court will dismiss the proceeding without further notice or hearing.

It is so ordered.

#   #   #

## SERVICE LIST

John A Polinko
McDonald Hopkins LLC
600 Superior Avenue
Suite 2100
Cleveland, OH 44114

T.J. Potter Trucking Inc.
13000 Sherburne Avenue
Becker, MN 55308

Kevin Durst, as Plan Administrator of th,
         Plaintiff                                          Adv. Proc. No. 08-06130-rk

T.J. Potter Trucking Inc.,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 0647-6        User: croth            Page 1 of 1            Date Rcvd: Mar 23, 2011
                           Form ID: pdf701         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2011.
pla            +Kevin Durst, as Plan Administrator of the Estate o,    c/o Sean Malloy, Esq.,
                McDonald Hopkins LLC,    600 Superior Avenue,    Suite 2100,    Cleveland, OH 44114-2653
dft            +T.J. Potter Trucking Inc.,    13000 Sherburne Avenue,    Becker, MN 55308-8823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2011**                    **Signature:**      *Joseph Speetjens*