**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| I.E. LIQUIDATION, INC. | ) | Case No. 06-62179 |
| (f/k/a Ideal Electric Company), | ) | |
| | ) | Honorable Russ Kendig |
| Debtors. | ) | |
| | ) | |
| KEVIN DURST, as Plan Administrator of the | ) | Adversary No. 08-06130 |
| Estate of I.E. Liquidation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| T.J. POTTER TRUCKING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES Timothy S. Fenwick, as Plan Administrator of the Estate of I.E. Liquidation, Inc., f/k/a Ideal Electric Company (the "Plaintiff"), by and through undersigned counsel, and hereby provides this status report with respect to this adversary proceeding against Defendant T.J. Potter Trucking, Inc. (the "Defendant").

Subsequent to the filing of this adversary action, counsel for Plaintiff was contacted by counsel for Defendant to discuss the allegations contained in the adversary complaint (the "Complaint") and a possible resolution to same without the need for protracted litigation. Counsel for Defendant has provided documentation to counsel for Plaintiff in support of the Defendant's defenses to the Complaint. Counsel for Plaintiff has reviewed this documentation and provided to counsel for Defendant a proposal for settlement of this adversary action. It is Plaintiff's belief that this matter can be resolved between the parties in the near future.

{2666601:}

Plaintiff requests that the Court permit an additional 45 days, or through and including May 19, 2011, to allow the parties to resolve this adversary action in its entirety.

Date: April 3, 2011

Respectfully submitted,

/s/ John A. Polinko
Sean D. Malloy (0073157)
Scott N. Opincar (0064027)
John A. Polinko (0073967)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
        sopincar@mcdonaldhopkins.com
        jpolinko@mcdonaldhopkins.com

COUNSEL FOR PLAINTIFF, TIMOTHY S. FENWICK, SUCCESSOR PLAN ADMINISTRATOR OF THE ESTATE OF I.E. LIQUIDATION, INC.