IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| I.E. LIQUIDATION, INC. | ) | Case No. 06-62179 |
| (f/k/a Ideal Electric Company), | ) | |
| | ) | Honorable Russ Kendig |
| Debtors. | ) | |
| | ) | |
| KEVIN DURST, as Plan Administrator of the | ) | Adversary No. 08-06130 |
| Estate of I.E. Liquidation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| T.J. POTTER TRUCKING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Status Report*, Docket No. 7, was served via first class mail upon T.J. Potter Trucking Inc., 13000 Sherburne Avenue, Becker, MN 55308 on this 4th day of April, 2011.

Respectfully submitted,

/s/ John A. Polinko
John A. Polinko (0073967)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: jpolinko@mcdonaldhopkins.com

COUNSEL FOR PLAINTIFF, TIMOTHY S. FENWICK, PLAN ADMINISTRATOR OF THE ESTATE OF I.E. LIQUIDATION, INC